IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY MILLS, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO.  1:26-CV-00070-MJT-ZJH |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| ARLENE BLUTH, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

On February 23, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On February 27, Judge Hawthorn ordered *pro se* Plaintiff Anthony Mills ("Mills") to file an amended complaint that complies with the Federal Rules of Civil Procedure and Eastern District of Texas Local Rules.  [Dkt. 4].  Mills filed a *Motion for Leave to Proceed in forma pauperis* [Dkt. 2] in addition to his *Complaint* [Dkt. 1].  On March 18, 2026, after Mills failed to comply with the *Order* [Dkt. 4], Judge Hawthorn issued a *Report and Recommendation* [Dkt. 6], which recommended dismissing Mills's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 6] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 6] dismissing this case without prejudice for want of prosecution is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 7th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge